**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEVEN A. BROWN,

*Plaintiff,*

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant.*

**Case No. 1:23-CV-03669-RCL**

## ORDER

Plaintiff filed a Motion for Attorney's Fees on April 4, 2026. ECF No. 30. USCIS filed a motion for an extension of time to file a response to which Plaintiff consented. ECF No. 39. Under its proposed schedule, USCIS's response would have been due on August 24, 2026. *Id.*

That date has come and passed, but USCIS has neither filed a timely response nor moved for another extension of time.

Accordingly, USCIS is hereby **ORDERED** to show cause why the Court should not treat Plaintiff's motion as conceded pursuant to Local Civil Rule 7(b) within 14 days of this order.

**SO ORDERED.**

Date: 13 October, 2026

Hon. Royce C. Lamberth
United States District Judge