**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEVEN A. BROWN,

*Plaintiff*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant*.

Civil Action No. 23-3669 (RCL)

**DEFENDANT'S RESPONSE TO THE COURT'S**
**OCTOBER 13, 2026 ORDER**

Pursuant to the Court's October 13, 2026, Minute Order, United States Citizenship and Immigration Servies, by and through its undersigned counsel, respectfully submits this response.

Plaintiff filed this suit on December 8, 2023, bringing claims under FOIA (ECF No. 1). On March 2, 2026, this Court dismissed the suit and terminated the action from the active docket, subject to reinstatement if the parties do not reach an agreement as to attorney fees.

On April 6, 2026, Plaintiff filed a Motion for Attorney Fees (ECF No. 30). Since the filing of Plaintiff's Motion, the parties have engaged in discussion regarding the resolution of attorney's fees without the need for further intervention from the Court.

However, due to a clerical error in annotating the case status, undersigned counsel inadvertently marked this matter as closed. This erroneous annotation resulted in Defendant's failure to respond by the previous deadline of August 24, 2026. Moreover, undersigned counsel was admitted to the hospital on October 7, 2026, and did not return to work until October 13, 2026. Upon returning to work, undersigned counsel worked to comply with numerous deadlines that

were extended due to the aforementioned unplanned absence, as well as an assigned emergency matter. This included being alerted to this Court's October 13, 2026, Minute Order. After discovering the aforementioned discrepancy, undersigned counsel contacted agency counsel to address this outstanding issue.

Undersigned counsel deeply apologizes to the Court for his error in inadvertently annotating this matter as closed and will work to ensure this matter is resolved expeditiously

* * *

Dated: October 27, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*